UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X    21 MC 100 (AKH)

                                                                       Hon. Alvin K. Hellerstein,
IN RE: WORLD TRADE CENTER DISASTER SITE                                U.S.D.J.
LITIGATION

                                                                       **RULE 7.1 STATEMENT OF**
                                                                       **BOVIS LEND LEASE LMB,**
                                                                       **INC.**
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BOVIS LEND LEASE LMB, INC. certifies that M/L Bovis Holdings, Ltd. is the direct parent corporation of BOVIS LEND LEASE LMB, INC., and Bovis Lend Lease Holdings, Inc., and Lend Lease Corporation Limited are indirect parent corporations of BOVIS LEND LEASE LMB, INC.  Lend Lease Corporation Limited is a publicly traded company in Australia.

Dated: Newark, New Jersey          PATTON BOGGS LLP
       November 28, 2006
                                   By: _/s/ James E. Tyrrell, Jr._
                                       James E. Tyrrell, Jr. (JT-6837)
                                       One Riverfront Plaza, 6th floor
                                       Newark, NJ 07102
                                       (973) 868-5600
                                       JTyrrell@PattonBoggs.com

                                   *Attorneys for defendant* Bovis Lend Lease LMB, Inc.